# Third District Court of Appeal

## State of Florida

Opinion filed December 17, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0497
Lower Tribunal No. 24-242208-CC-05

_____

**Big G Roofing & More, Inc.,**
Appellant,

vs.

**Mercy Rodriguez,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Lawrence D. King, Judge.

Algo Law Firm, LLP, Ignacio M. Alvarez, and Gavin L. Sinclair, for appellant.

Solomon Cooperman Recondo Shapiro Abril, and Craig B. Shapiro, for appellee.

Before FERNANDEZ, MILLER and GORDO, JJ.

PER CURIAM.

Affirmed.